STATE OF NEW JERSEY v. FRANK BARTON, JR.

May 6, 1986.

Petition for certification denied.

RAYMOND INTERNATIONAL BUILDER, INC.

v.

FIRST INDEMNITY OF AMERICA INSURANCE
COMPANY, ET AL.

May 6, 1986.

Petition for certification granted.

STATE OF NEW JERSEY IN THE INTEREST OF
K.A.W., A JUVENILE.

May 6, 1986.

Petition for certification granted.   (See 207 *N.J.Super.* 19)

JEFFREY TAYLOR, ETC., ET AL.

v.

GENERAL ELECTRIC COMPANY, ET AL.

May 6, 1986.

Petition for certification denied.   (See 208 *N.J.Super.* 207)